# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **CRIMINAL NO. 1:17-CR-00099-WES** |
| **V.** ) | |
| ) | |
| ) | |
| **FRANCIS SCOTT** ) | |

## MOTION TO ENTER A CHANGE OF PLEA

Now comes the Defendant in this matter and respectfully requests, through counsel, that this Honorable Court schedule the above matter for a change of plea.

Assistant U.S. Attorney Denise Barton has been notified of this request.

    **Francis Scott**
    **By his attorney,**

    /s/ Noah J. Kilroy
    _____

    **Noah J. Kilroy # 9238**
    **Kilroy Law Firm**
    **127 Dorrance St., Floor 4**
    **Providence, RI 02903**

**[Certification On Next Page]**

## CERTIFICATE OF SERVICE

I, Noah J. Kilroy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, as identified on the Notice of Electronic Filing (NEF) on June 8, 2022.

/s/ Noah J. Kilroy
_____
**Noah J. Kilroy**