# EXHIBIT 2

IN THE SUPERIOR COURT FOR THE
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE COUNTY

STATE OF RHODE ISLAND

INDICTMENT NO: P1/17 - 1309A

vs.

FRANCIS SCOTT
    alias John Doe

The Grand Jury of the State of Rhode Island and Providence Plantations charges:

**COUNT 1**

That FRANCIS SCOTT, alias John Doe, of Providence County, on or about the 14th day of February, 2017, in the City of Providence, in the County of Providence, did without lawful authority, forcible seize, secretly confine, or inveigle or kidnap A▅ M▅, a person under sixteen (16) years of age, with intent to sexually assault A▅ M▅ as defined in §11-37-4, in violation of §11-26-1.4 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

**COUNT 2**

That FRANCIS SCOTT, alias John Doe, of Providence County, on or about the 14th day of February, 2017, in the City of Providence, in the County of Providence, did engage in sexual contact, to wit, penis to feet, with A▅ M▅, by force or coercion, in violation of §11-37-4 and §11-37-5 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

**COUNT 3**

That FRANCIS SCOTT, alias John Doe, of Providence County, on or about the 14th day of February, 2017, in the City of Providence, in the County of Providence, did assault

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
17 MAY 19 AM 9: 43

A█ M█ with a dangerous weapon, to wit, arm to throat, in violation of §11-5-2 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

## COUNT 4

That FRANCIS SCOTT, alias John Doe, of Providence County, on or about the 4th day of November, 2015, in the City of Providence, in the County of Providence, did engage in sexual penetration, to wit, fellatio, with K█ F█, by force or coercion, in violation of §11-37-2 and §11-37-3 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

## COUNT 5

That FRANCIS SCOTT, alias John Doe, of Providence County, on or about the 4th day of November, 2015, in the City of Providence, in the County of Providence, did rob K█ F█, in the second degree, in violation of §11-39-1(b) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

## COUNT 6

That FRANCIS SCOTT, alias John Doe, of Providence County, on or about a day and date between the 31st day of December, 2016, and the 1st day of March, 2017, in the City of Providence, in the County of Providence, did engage in sexual contact, to wit, hand to breast, with D█ S█ by using the element of surprise, in violation of §11-37-4 and §11-37-5 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

## COUNT 7

That FRANCIS SCOTT, alias John Doe, of Providence County, on or about a day and date between the 31st day of December, 2016, and the 1st day of March, 2017, in the City

of Providence, in the County of Providence, did engage in sexual contact, to wit, hand to vaginal area, with D███ S███, by the element of surpise, in violation of §11-37-4 and §11-37-5 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

## COUNT 8

That FRANCIS SCOTT, alias John Doe, of Providence County, on or about a day and date between the 31st day of October, 2016, and the 31st day of December, 2016, in the City of Providence, in the County of Providence, did engage in sexual contact, to wit, penis to feet, with K███ E███, by force or coercion, in violation of §11-37-4 and §11-37-5 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

_____
Meghan McDonough
Special Assistant Attorney General
Designated by the Attorney General