# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Cr. No. 17-CR-99-WES |
| FRANCIS SCOTT, : | |
| : | |
| Defendant : | |

## WRIT OF HABEAS CORPUS

TO:  THE WARDEN, ; THE UNITED STATES MARSHALS SERVICE; AND ANY OTHER APPROPRIATE FEDERAL LAW ENFORCEMENT OFFICER.

You are commanded to produce the body of defendant , presently incarcerated at the Adult Correctional Institution before **District Judge William E. Smith** of the United States District Court for the District of Rhode Island, in **Courtroom 3**, on **March 23, 2023, at 2:00 PM,** for **Sentencing** in the above-entitled matter, and at any subsequent times ordered by the court until the termination of proceedings in this court; and you are further directed to retain the defendant in the custody of the Attorney General of the United States, or to abide by such order of the above entitled court as shall thereafter be made concerning the custody of said prisoner, when his presence before this court is no longer required.

WITNESS the Honorable William E. Smith, for the District of Rhode Island.

DATED: March 22, 2023

By: /s/William E. Smith
U.S. District Judge